# First District Court of Appeal
## State of Florida

_____

No. 1D2024-0548
_____

JONATHAN and MEGAN
MARSHALL,

Appellants,

v.

OKALOOSA COUNTY SCHOOL
BOARD,

Appellee.

_____

On appeal from an administrative order of the Okaloosa County
School Board.
Lamar White, Chairman.

August 13, 2024

PER CURIAM.

DISMISSED.

LEWIS, B.L. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jonathan and Megan Marshall, pro se, Appellants.

Kyle S. Bauman, Fort Walton Beach, for Appellee.